# Order

Michigan Supreme Court
Lansing, Michigan

March 2, 2012

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

142765(67)


CHRISTINA McCAHAN,
        Plaintiff-Appellant,

v

SAMUEL KELLY BRENNAN,
        Defendant,

and

UNIVERSITY OF MICHIGAN REGENTS,
        Defendant-Appellee.
_____

SC: 142765
COA: 292379
Court of Claims: 08-000147-MZ


       On order of the Chief Justice, the motion by the Michigan Association for Justice for leave to file a brief *amicus curiae* in this case is considered and it is granted.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 2, 2012

_____
Clerk